(June 14, 1946.)

RAYMOND N. BAILEY, Appellant-Respondent, *v.* ROBINSON MANUFACTURING Co., Respondent-Appellant.

*Per Curiam.* We think the jury's verdict in this case was in great part contrary to the evidence and was clearly against the weight of the credible evidence, documentary and otherwise. The trial court was amply warranted in setting the verdict aside.

The order appealed from should be affirmed, with costs and disbursements to defendant.

Martin, P. J., Townley, Glennon, Dore and Cohn, JJ., concur.

Order unanimously affirmed, with costs and disbursements to the defendant.